UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-3809-OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YOSLANY LEYVA DEL SOL,

    Defendant.
_____/

**DEFENDANT'S INVOCATION OF
RIGHTS TO SILENCE AND COUNSEL**

The Defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The Defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any contact with the Defendant must be made through the defendant's lawyer, undersigned counsel.

                MICHAEL CARUSO
                FEDERAL PUBLIC DEFENDER

BY: s/*Eric Cohen*
     Eric Cohen
     Assistant Federal Public Defender
     Fla. Bar No. 328065
     150 West Flagler Street, Suite 1700
     Miami, Florida 33130-1555
     Telephone No. (305) 530-7000
     Fax: (305) 536-4559

## CERTIFICATE OF SERVICE

I hereby certify that on **October 22, 2022**, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: s/*Eric Cohen*
      Eric Cohen